1044

[No. 23510-2-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL BYRON POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-01014-1, Randolph Furman, J., entered May 28, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.


[No. 24145-5-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE RANEE KINKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-8-00686-5, Don L. McCulloch, J., entered December 1, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.


[No. 41332-5-I.    Division One.    March 8, 1999.]

JOAN SCHWINDT, *as Assignee, Appellant*, v. VALLEY INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-00529-2, Ronald L. Castleberry, J., entered August 20, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Cox, J.


[No. 41612-0-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00543-1, Steven G. Scott, J., entered October 13, 1997. *Affirmed* by unpublished per curiam opinion.